RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org

Attorney for Melissa Ann Heil

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ANN HEIL,<br><br>Defendant. | Case No. 2:24-cv-01502-JAD-NJK<br><br>**Stipulation and Order to Extend Deadline to File Opening Brief**<br>(First Request)<br><br>New deadline: 9/11/24 |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kielber, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Melissa Ann Heil, request that the due date for Ms. Heil's Opening Brief, be extended by fourteen (14) days.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel was recently informed that an out of jurisdiction case is going forward in September. As a result, resources have been diverted to preparing that case for trial.

    2.    Defense counsel needs additional time to draft the Opening Brief.

    DATED this 29th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

**ORDER**

**Based on the parties' stipulation [4], and with good cause appearing, IT IS ORDERED that the Defendant's deadline to file the opening brief is extended to September 11, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 30, 2024

2